# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYFORD C. WILLIS,

    *Plaintiff*,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    *Defendants*.

2:08-cv-00581-RCJ-NJK

ORDER

This long-closed prisoner civil rights action comes before the Court following upon plaintiff's filing of a notice of appeal, for consideration of certification as to whether the appeal is taken in good faith. The Court notes that plaintiff has not been granted pauper status in this matter.

With deference to the authority of the Court of Appeals with regard to matters concerning its own jurisdiction, the notice of appeal is untimely as to the April 9, 2014, order challenged. The notice of appeal was filed on July 23, 2014, more than 30 days after entry of the order. Plaintiff is not in custody, and the prison mailbox rule therefore does not apply to determine the timeliness of his filings.

The appeal in any event is frivolous, for the reasons outlined in the April 9, 2014, order.

DATED: July 29, 2014.

_____
ROBERT C. JONES
United States District Judge